**Jameel WOODARD, Plaintiff–Appellant,**

v.

**EVERYONE WHO COULD HAVE STOPPED MY UNSANITARY LIVING CONDITIONS BUT DIDN'T (B.C.D.C.); Wendy Sherrod; Ralph Logan; Commissioner Flanagan, Defendants–Appellees.**

No. 02–7033.

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 19, 2002.

Decided Sept. 30, 2002.

Jameel Woodard, Appellant Pro Se. Glenn Todd Marrow, Assistant Attorney General, Baltimore, Maryland, for Appellees.

Before WILKINS, LUTTIG, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Jameel Woodard appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Woodard v.*

---

*Everyone Who Could Have Stopped My Unsanitary Living Conditions But Didn't (B.C.D.C.)*, No. CA–01–2465–AW (D. Md. June 3, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*